United States District Court
Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA,                 Case No.  14-cr-00582-PJH-1   (KAW)

            Plaintiff,
8                                              **ORDER GRANTING GOVERNMENT'S
                                               MOTION TO EXCLUDE TIME UNDER
9        v.                                    SPEEDY TRIAL ACT**

10   ALVIN FLORIDA, JR.,                       Re: Dkt. No. 42

            Defendant.
11

12

13          On December 23, 2014, the United States filed a Motion to Exclude Time Under the

14   Speedy Trial Act from December 19, 2014[1] to January 21, 2015.[2] (Mot., Dkt. No. 42.) Defendant

15   Alvin Florida, Jr. filed an opposition to the motion on December 29, 2014.

16          IT IS HEREBY ORDERED THAT the Motion is GRANTED. The Speedy Trial Act

17   "provides that a court shall exclude a reasonable period of delay 'when the defendant is joined for

18   trial with a codefendant as to whom the time for trial has not run and no motion for severance has

19   been granted.' *United States v. Butz*, 982 F.2d 1378, 1381 (9th Cir. 1993) (quoting 18 U.S.C.

20   §3161(h)(7)). "Every circuit to consider this section has concluded that 'an exclusion to one

21   defendant applies to all co-defendants.'" *Id*. (citations omitted).

22          Time was excluded for the four co-defendants in this case from December 17, 2014 to

23   March 18, 2015. In her order excluding time, Judge Hamilton specifically found that time was

24   excludable for complexity and effective preparation of counsel. (Dkt. No. 39.) With respect to Mr.

25   Florida, Judge Hamilton excluded time until new counsel was appointed on December 19, 2014.

26

27   ─────────────────────
     [1] This is the date Defendant's new counsel, Shaffy Moeel, was appointed, and former counsel
28   Richard Tamor was relieved.
     [2] The court set this matter on Judge Hamilton's calendar for 1/21/15 at 2:30 p.m. for status.

1    *Id.* When new counsel was appointed on December 19, 2014, this court set Mr. Florida's next

2    court date before Judge Hamilton for January 21, 2015, which was her first available date. Given

3    that time has been excluded for the co-defendants in this case until March 18, 2015, and no motion

4    for severance has been granted, time will likely be excluded until then for Mr. Florida as well,

5    when he appears before Judge Hamilton on January 21.

6            Mr. Florida argues that the government's request to exclude time until January 21 is not

7    reasonable because the government has not yet produced discovery, almost a month since he was

8    arraigned on the indictment. (Def.'s Opp'n, Dkt. No. 46 at 3.) The court disagrees. As with all of

9    the co-defendants in this case, the parties negotiated a stipulated protective order regarding the

10   dissemination of discovery materials. Indeed, since Mr. Florida's last appearance, the parties

11   negotiated and finalized the protective order for Mr. Florida with his new counsel and filed it on

12   December 24, 2014. (Dkt. No. 44.) In the stipulation, Defendant agreed that the documents

13   provided as discovery in this case to defense counsel are subject to a Protective Order. *Id*. The

14   parties' needed to negotiate and finalize a protective order with Mr. Florida's new counsel

15   following her appointment on December 19 so that the government could begin to produce

16   discovery in this case is a reasonable basis for excluding time until his next appearance before

17   Judge Hamilton. Mr. Florida fails to take any of that into consideration in his opposition to the

18   motion.

19           The parties agree that the indictment in this case was the result of a four-year-long

20   investigation against Mr. Florida and his co-defendants. Further, Judge Hamilton has already

21   found that this case is complex because there are five co-defendants charged in a nine-count

22   indictment, and there are hundreds of thousands of electronic and hard-copy documents and over a

23   thousand hours of audio and video surveillance that will be produced in discovery. Additionally,

24   the alleged conspiracy and scheme involved hundreds of bid-rigged properties and took place over

25   three years. Her findings apply equally to all of the co-defendants joined for trial in this case.

26   Given the complexity of the case, it is unreasonable to expect adequate preparation for pretrial

27   proceedings or for the trial itself within the time limits established by the Act. 18 U.S.C. §

28   3161(h)(7)(B)(ii).

United States District Court
Northern District of California

2

1    For those same reasons, and given Defense counsel's need to receive and review discovery

2  to be produced pursuant to the protective order, time is properly excluded until January 21, 2015

3  for effective preparation of counsel. 18 U.S.C. §3161(h)(7)(B)(iv).

4    Moreover, as discussed more fully above, time excluded for Mr. Florida's co-defendants is

5  also excluded for him. *Butz*, 982 F.2d at 1381. Therefore, the Motion to exclude time between

6  December 19, 2014 and January 21, 2015 under the Speedy Trial Act is GRANTED.

7    **IT IS SO ORDERED**.

8  Dated: January 8, 2015

9  KANDIS A. WESTMORE
United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3