UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALVIN FLORIDA, JR.; ROBERT ALHASASH RASHEED; JOHN LEE BERRY, III; REFUGIO DIAZ; and STEPHAN ALEXANDER FLORIDA,

Defendants.

Case No.  14-cr-00582-PJH-1

**ORDER VACATING RULING ON DEFENDANTS' MOTION TO DISMISS MAIL FRAUD COUNTS**

The court hereby VACATES its ruling denying defendants' motion to dismiss the mail fraud counts, doc. no. 132, in light of the court's ruling earlier today in a related case, *United States v. Galloway, et al.*, CR 14-607 PJH, granting the motion to dismiss the mail fraud counts, or, in the alternative, to strike the omissions theory.  Although defendants did not articulate the same arguments presented in *Galloway*, the court determines that the mail fraud counts alleged in the indictment here are similar to the mail fraud counts found deficient in *Galloway* and reinstates the motion to dismiss both in this case and in *United States v. Marr, et al.*, CR 14-580.  Accordingly, the ruling in Pretrial Order No. 1 ¶ 2 is VACATED.

Due to the upcoming pretrial filing deadlines, the court will hold a status conference with the parties in both this case and in *Marr* on **August 24, 2016, at 1:30 p.m.**, to discuss the court's ruling in *Galloway* and whether further briefing is necessary on the reinstated motion to dismiss here.

**IT IS SO ORDERED.**

Dated:  August 15, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge