UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALVIN FLORIDA, JR.; ROBERT ALHASASH RASHEED; JOHN LEE BERRY, III; REFUGIO DIAZ; and STEPHAN ALEXANDER FLORIDA,<br><br>    Defendants. | Case No. 14-cr-00582-PJH-1<br><br>**ORDER RE BRIEFING SCHEDULE ON MOTIONS TO SEVER** |

Defendants Alvin Florida, Jr., John Lee Berry, III, and Refugio Diaz each filed a motion to sever on September 14, 2016, noticed for hearing on the date of the pretrial conference, October 12, 2016.  Because defendants did not file the motions to sever until the pretrial filings were due, the motions to sever will be subject to the same briefing schedule as the motions in limine, with oppositions due September 28, 2016, and no reply briefs permitted.

**IT IS SO ORDERED.**

Dated: September 26, 2016

                                                                              _____<br>
PHYLLIS J. HAMILTON<br>
United States District Judge