UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 14-cr-00582-PJH-1 |
|---|---|
| Plaintiff, | |
| v. | **PRETRIAL ORDER NO. 4** |
| ALVIN FLORIDA, JR., ROBERT ALHASASH RASHEED, JOHN LEE BERRY, III, REFUGIO DIAZ, | |
| Defendants. | |

This matter came on for a status hearing on trial procedures. The court also heard argument on several pretrial disputes raised by defense counsel. Doc. no. 287. For the reasons set forth on the record and summarized below, the court ORDERS as follows:

I.   Undercover Agent

The government must produce transcripts of agent UCE-3322's testimony in state court proceedings **by no later than 12:00 noon, October 27, 2016**. The government represents that there are no documents pertaining to FBI internal investigations, Office of Professional Responsibility investigations, or other investigations into the *Bivens* action against UCE-3322. The court will require defendants to proffer any impeachment material related to the allegations of the *Bivens* action prior to ruling on the government's objections to its admissibility.

With respect to UCE-3322's pseudonymous testimony, the court will follow the protocol set forth in *United States v. McGaha,* CR 15-126-10 WHA, doc. no. 406, which was cited by the defense. At the request of the defense, the jury will not be informed that agent UCE-3322 is testifying pseudonymously, due to the risk of prejudice by creating the false appearance that the accused defendants are responsible for the witness being in danger of testifying under his real name. Accordingly, the court adopts the following

procedures for the undercover agent's testimony:

>   (1) The undercover agent's real name, as well as the pseudonym he will be testifying under, will be part of the list vetted with the jury venire to determine any potential conflicts.
>
>   (2) Before the undercover witness testifies, he will be sworn in with his real name in a sealed hearing, outside the presence of the jury.
>
>   (3) During the undercover agent's testimony in front of the jury, he will be referred to once by his pseudonym, and thereafter will only be referred to as "Agent." The jury will not be told that the undercover agent is testifying under a pseudonym, as that would risk prejudicing the defense for the reasons stated above.

The government's request to show a photo of the undercover agent to the jury venire, rather than state his real name, is DENIED because such a procedure would call undue attention to the agent among all the potential witnesses.

II.   Summary Witness

Defendants' objection to the government's late notice of calling FBI Agent Elizabeth Jones as a summary witness to introduce summary charts is OVERRULED. The government timely provided the underlying evidence and summary charts to defense counsel, and the late disclosure of the summary witness, who is not a percipient witness, will not unduly prejudice the defense. The government is ORDERED to produce any *Giglio* and *Henthorn* materials related to Agent Jones **by 12:00 noon, October 27, 2016**.

III.   Newly Identified Coconspirator Statements

Defendants' objection to the exhibits identified by the government as coconspirator statements, by letter dated October 24, 2016, is GRANTED on the ground that the government's recent notice of additional coconspirator statements is untimely.

IV.   Brian McKinzie

As previously ordered by the court, the government must secure consent to release confidential reports by Pretrial Services on Brian McKinzie and produce *Giglio*

material to the defense, if it will call McKinzie as a witness at trial.  Such consent was obtained from Mr. McKinzie during a proceeding subsequent to this status conference.

V.  David Brown

Defendants seek case names and numbers of trials in which the government's witness, David Brown, has previously testified, as well as any available transcripts.  The government will call Brown as a lay witness to testify about an overview of the non-judicial foreclosure process under California law.  The government is ORDERED to produce these case names and case numbers, and any available transcripts of Brown's prior testimony, **by 12:00 noon, October 27, 2016**.

**IT IS SO ORDERED.**

Dated:  October 27, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge