1
2
3
4          UNITED STATES DISTRICT COURT
5         NORTHERN DISTRICT OF CALIFORNIA
6
7   UNITED STATES OF AMERICA,

8              Plaintiff,                    Case No.  14-cr-00582-PJH-1

9        v.                                 **ORDER RULING ON DISPUTED
                                            INSTRUCTIONS**
10  ALVIN FLORIDA, JR.;
    ROBERT ALHASASH RASHEED;
11  JOHN LEE BERRY, III; and
    REFUGIO DIAZ,
12
               Defendants.
13

14      The court held a charging conference after the close of evidence on November 8,

15  2016.  As reflected in the record, the court heard argument and ruled on several disputed

16  jury instructions, and took under submission the government's request to include an

17  instruction about a single conspiracy in the instruction on the elements of conspiracy

18  pursuant to *United States v. Tille*, 729 F.2d 615, 621 (9th Cir. 1984), in light of the court's

19  ruling granting defendants' request to give an instruction on multiple conspiracies.

20  Defendants filed an objection to the government's proposed single conspiracy instruction.

21  Doc. no. 310.  Having reviewed the relevant authority, the court overrules the defense

22  objection, grants the government's request and orders that instruction no. 21, doc. no.

23  295, be amended to add the following sentence at the end of the instruction: "A single

24  conspiracy may involve several subagreements or subgroups of conspirators."  *United

25  States v. Bibbero*, 749 F.2d 581, 587 (9th Cir. 1984) (concluding there was sufficient

26  evidence to enable a reasonable jury to find beyond a reasonable doubt that there was a

27  single overall conspiracy) (citing *Tille*).

28

United States District Court
Northern District of California

1    As ordered at the hearing, the court deletes instruction no. 16 and modifies

2   instruction no. 39 ("Statements by Defendant") to add the following paragraph pursuant to

3   *Bruton v. United States*, 391 U.S. 123 (1968):

4          You have heard testimony that defendant Robert Rasheed
            made one or more statements to FBI Special Agent Timothy
5          Paulson.   This evidence has been admitted only as to
            defendant Rasheed and you must consider it only for that
6          limited purpose and not for any other purpose.   You may not
            consider the statements made by defendant Rasheed to
7          Agent Paulson against any other defendants.

8    The court granted leave to file supplemental briefing on defendants' request to

9   give an instruction pursuant to *Copperweld Corp. v. Indep. Tube Corp.,* 467 U.S. 752

10  (1984), with defendants' brief due by 9:00 a.m. and the government's opposition due by

11  12:00 noon, November 9, 2016.  The court will issue an order after review of the briefs.

12    The government shall submit a blind set of all approved instructions by 4:00 pm,

13  November 9, 2016.

14    **IT IS SO ORDERED.**

15  Dated:  November 9, 2016

16  _____

17  PHYLLIS J. HAMILTON
    United States District Judge